UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Bruce Williams,

        Plaintiff(s),

Case No. 10-cv-13156

v.

Judge Bernard A. Friedman

Carmen Palmer,

Magistrate Judge Michael Hluchaniuk

        Defendant(s).
_____/

### NOTICE OF CORRECTION

Docket entry number __4__, filed __8/19/2010__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [x] Other: Order is transferring case to the Sixth Circuirt Court of Appeals, not the Western District.

If you need further clarification or assistance, please contact __Nicole Hollier__ at __(313) 234-5010__.

DAVID J. WEAVER, CLERK OF COURT

Dated: August 24, 2010

s/Nicole Hollier
Deputy Clerk